# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **CASE NO:** |
| **JADIEL JOEL CARTAGENA-SOTO,** : | **7:22-CR-60-WLS-TQL-2** |
| : | |
| Defendant. : | |
| _____ | |

## ORDER

The Court intends to notice Defendant Jadiel Joel Cartagena-Soto's case for the February 2024 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, December 8, 2023**, whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED**, this 29th day of November 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**